UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREEM BYNUM, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 1:13-cv-00188-SEB-DKL ) |
| WASHINGTON SQUARE MALL, LLC, a Delaware Limited Liability Company, and TARGET CORPORATION, a Minnesota Corporation, and D&K RETAIL PROPERTIES, LLC, an Indiana Limited Liability Company, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. _____ | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT D&K RETAIL PROPERTIES, LLC**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Defendant D&K Retail Properties, LLC from this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

**KU & MUSSMAN, P.A.**
*Attorneys for Plaintiff*
12250 Biscayne Blvd., Suite 406
Miami, FL 33181
Tel: (305) 891-1322
Fax: (305) 891-4512

By:   */s/ Eric C. Bohnet*
**KU & MUSSMAN, P.A.**
*Attorney for Plaintiff*
Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana  46237
Tel: (317) 750-8503
ebohnet@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed electronically using this Court's ECF system, which will serve an electronic copy on this 12th day of June, 2013, on the following counsel of record:

Jeffrey Scott Beck, Esq.
BAKER & DANIELS
300 N. Meridian, Suite 2700
Indianapolis, IN 46204

Clifford T. Rubenstein, Esq.
Clinton E. Blanck, Esq.
Robert S. Rifkin, Esq.
MAURER RIFKIN & HILL
11550 North Meridian Street, Suite 115
Carmel, IN 46032

Donald D. Levenhagen, Esq.
LANDMAN & BEATTY, LLP
1150 Market Square Center
151 North Delaware Street
P.O. Box 44953
Indianapolis, IN 46244

By:   */s/ Eric C. Bohnet*
Eric C. Bohnet, Esq.