UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KAREEM BYNUM, an individual, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO.: 1:13-cv-00188-SEB-DKL |
| WASHINGTON SQUARE MALL, LLC, a Delaware Limited Liability Company, and TARGET CORPORATION, a Minnesota Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby stipulate to the dismissal of this action with prejudice and each party shall bear

its respective fees and costs.

Dated: July 8, 2013

Respectfully Submitted,                          Respectfully Submitted,

By: */s/ Eric C. Bohnet*                          By: */s/ Donald D. Levenhagen*
   **KU & MUSSMAN, P.A.**                             **LANDMAN & BEATTY, LLP**
   Eric C. Bohnet, Esq.                             Donald D. Levenhagen, Esq.
   Attorney No. 24761-84                             Attorney No. 10327-49
   Attorney at Law                             1150 Market Square Center
   6617 Southern Cross Drive                             151 North Delaware Street
   Indianapolis, Indiana 46237                             P.O. Box 44953
   Tel: (317) 750-8503                             Indianapolis, IN 46244
   ebohnet@gmail.com                             Tel: (317) 236-1040
   *Attorney for Plaintiff*                             dlevenhagen@landmanbeatty.com
                                                        *Attorneys for Defendant Washington Square Mall, LLC*

By: */s/Jeffrey S. Beck*

      **FAEGRE BAKER DANIELS LLP**
      Jeffrey S. Beck, Esq.
      Attorney No. 24793-29
      300 North Meridian Street, Suite 2700
      Indianapolis, IN 46204
      Tel: (317) 237-0300
      jeffrey.beck@FaegreBD.com
      *Attorneys for Defendant Target Corporation*