Acknowledged.
Date: 07/09/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| KAREEM BYNUM, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WASHINGTON SQUARE MALL, LLC, a Delaware Limited Liability Company, and TARGET CORPORATION, a Minnesota Corporation, <br><br> Defendants. | CASE NO.: 1:13-cv-00188-SEB-DKL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice and each party shall bear its respective fees and costs.

Dated: July 8, 2013

Respectfully Submitted,

By: */s/ Eric C. Bohnet*
   **KU & MUSSMAN, P.A.**
   Eric C. Bohnet, Esq.
   Attorney No. 24761-84
   Attorney at Law
   6617 Southern Cross Drive
   Indianapolis, Indiana 46237
   Tel: (317) 750-8503
   ebohnet@gmail.com
   *Attorney for Plaintiff*

Respectfully Submitted,

By: */s/ Donald D. Levenhagen*
   **LANDMAN & BEATTY, LLP**
   Donald D. Levenhagen, Esq.
   Attorney No. 10327-49
   1150 Market Square Center
   151 North Delaware Street
   P.O. Box 44953
   Indianapolis, IN 46244
   Tel: (317) 236-1040
   dlevenhagen@landmanbeatty.com
   *Attorneys for Defendant Washington Square Mall, LLC*

By: */s/Jeffrey S. Beck*
    **FAEGRE BAKER DANIELS LLP**
    Jeffrey S. Beck, Esq.
    Attorney No. 24793-29
    300 North Meridian Street, Suite 2700
    Indianapolis, IN 46204
    Tel: (317) 237-0300
    jeffrey.beck@FaegreBD.com
    *Attorneys for Defendant Target Corporation*

Copies to:

Electronically registered counsel of record